**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER SHAUN WEBB,<br><br>　　　　　　　　　Defendant. | NO. CR06-294-MJP<br>　　　CR06-459-MJP<br>　　　CR06-465-MJP<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

　　　　An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on June 15, 2010.  The United States was represented by Assistant United States Attorney Steven Masada, and the defendant by Jennifer Wellman.

　　　　The defendant had been charged and convicted of Bank Robbery, in violation of 18 U.S.C. § 2113(a).  On or about April 27, 2007, defendant was sentenced by the Honorable Marsha J. Pechman, to a term of 51 months in custody, to be followed by 3 years of supervised release.

　　　　The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in substance and mental health programs, financial disclosure, $42,352, search conditions, no firearms, and DNA testing.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1    In a Petition for Warrant or Summons, dated June 8, 2010, U.S. Probation Officer Mark
2 J. Chance asserted the following violations by defendant of the conditions of his supervised
3 release:

4    (1)   Failing to reside in and satisfactorily participate in a residential reentry
5          center program, by absconding from the program on or about June 7, 2010,
6          in violation of an order modifying supervised release.

7    On June 15, 2010, defendant made his initial appearance. The defendant was advised
8 of his rights, acknowledged those rights, and admitted alleged violation 1.

9    I therefore recommend that the Court find the defendant to have violated the terms and
10 conditions of his supervised release as to violation 1, and that the Court conduct a hearing
11 limited to disposition. A disposition hearing on these violations has been set before the
12 Honorable Marsha J. Pechman on July 2, 2010 at 10:30 a.m.

13   Pending a final determination by the Court, the defendant has been detained pending
14 possible relocation at RRC, if space is available, and if he has employment available.

15   DATED this 15th day of June, 2010.

_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:        Honorable Marsha J. Pechman
     AUSA:                  Steven Masada
     Defendant's attorney:  Jennifer Wellman
     Probation officer:     Mark J. Chance

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2