|   |   |
|---|---|
| 1 |   |
| 2 |   |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| UNITED STATES OF AMERICA, | NO. CR06-294-MJP |
|---|---|
| Plaintiff, | CR06-459-MJP |
|  | CR06-465-MJP |
| v. |  |
| CHRISTOPER SHAUN WEBB, | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. |  |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on February 2, 2011. The United States was represented by Assistant United States Attorney Steven Masada, and the defendant by Jennifer Wellman. The proceedings were digitally recorded.

The defendant had been charged and convicted of Bank Robbery, 6 Counts, in violation of 18 U.S.C. § 2113(a). On or about April 27, 2007, defendant was sentenced by the Honorable Marsha J. Pechman to a term of 51 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse and

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1  mental health programs, financial disclosure, $42,352 restitution, search, no firearms, and
2  DNA testing.
3     In a Petition for Warrant or Summons dated January 24, 2011, U.S. Probation Officer
4  Mark J. Chance asserted the following violations by defendant of the conditions of his
5  supervised release:

6     (1)   Failing to reside in and satisfactorily participate in a residential reentry center
7            program, resulting in termination from the program on or about January 21,
8            2011, in violation of a special condition of supervised release.

9     On January 26, 2011, defendant made his initial appearance. The defendant was
10 advised of the allegations and advised of his rights. On February 2, 2011, this matter came
11 before the Court for an evidentiary hearing. Defendant admitted to violation 1.
12    I therefore recommend that the Court find the defendant to have violated the terms and
13 conditions of his supervised release as alleged in violation 1, and that the Court conduct a
14 hearing limited to disposition. A disposition hearing on these violations has been set before the
15 Honorable Marsha J. Pechman on March 3, 2011 at 10:00 a.m.
16    Pending a final determination by the Court, the defendant has been released to a
17 residential re-entry center.

DATED this 2nd day of February, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:          Honorable Marsha J. Pechman
     AUSA:                    Steven Masada
     Defendant's attorney:    Jennifer Wellman
     Probation officer:       Mark J. Chance

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2