UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO.   CR06-294-MJP |
| Plaintiff, ) | CR06-459-MJP |
| ) | CR06-465-MJP |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| CHRISTOPHER SHAUN WEBB, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on March 22, 2011. The United States was represented by AUSA Steven Masada and the defendant by Nancy Tenney for Jennifer Wellman. The proceedings were digitally recorded.

Defendant had been sentenced on or about April 27, 2007 by the Honorable Marsha J. Pechman on 4 charges of Bank Robbery, and sentenced to 51 months custody, 3 years supervised release. (Dkt. 29) The sentence was ordered to run concurrently with those imposed in CR06-459 (Dkt. 15) and CR06-465 (Dkt. 14.), each for one count of Bank Robbery.

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from consuming alcohol and from entering any

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

establishment where alcohol is the primary commodity for sale, participate in alcohol and substance abuse treatment and testing, submit to search, participate in a mental health program, pay restitution in the amount of $31,247, $2,110, and $8,995 respectively, provide his probation officer with financial information as requested, and be prohibited from incurring new credit charges or opening new lines of credit without permission.

On March 24, 2010, the conditions of supervision were modified to require defendant to reside in and satisfactorily complete a residential reentry center program for up to 120 days. (CR06-294, Dkt. 15.) On June 15, 2010, defendant admitted violating the conditions of supervised release by absconding from the program on or about June 7, 2010. (March 22, 2011, Dkt. 19.) Defendant was sentenced to time served followed by 34 months supervised release. (Dkt. 27.)

The conditions of supervision were modified on August 13, 2010 to place defendant in a residential reentry center program for up to 90 days. (Dkt. 28.)

On August 26, 2010, defendant admitted violating the conditions of supervised release by absconding from a residential reentry center program and using heroin. (Dkt. 46, 47.) He was sentenced to 90 days in custody, 30 months supervised release. (Dkt. 54.) On February 2, 2011, following an evidentiary hearing before Magistrate Judge James P. Donohue, defendant was found to have violated the conditions of supervised release by being terminated from the residential reentry center program. (Dkt. 64.) A disposition hearing was scheduled before Judge Pechman, but defendant failed to appear and a bench warrant was issued. (Dkt. 69.)

On March 14, 2011, defendant's probation officer filed a supplemental violation report, alleging an additional violation of the conditions of supervised release, to be incorporated into

the pending proceedings. (Dkt. 67, 68.) Defendant was alleged to have violated supervision by:

2. Failing to reside in an satisfactorily participate in a residential reentry center program, by absconding from the facility on or about March 13, 2011, in violation of an order modifying supervised release.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Pechman.

Pending a final determination by the Court, defendant has been detained.

DATED this 22nd day of March, 2011.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge:         Honorable Marsha J. Pechman
    AUSA:                   Steven Masada
    Defendant's attorney:   Jennifer Wellman
    Probation officer:      Mark J. Chance

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3